UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EIDL SCHONFELD,

                      Plaintiff,

v.

                                                                   ORDER

CREDIT CORP SOLUTIONS, INC.,

                                                                    21-CV-04963-PMH

                      Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
           October 7, 2021

                                                                   _____
                                                                    Philip M. Halpern
                                                                    United States District Judge